United States District Court
For the District of Minnesota

Plaintiff,
Cedric Scott Anderson

RECEIVED BY MAIL
SEP 03 2026
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

26-cv-3881 JMB/SGE

v,

Defendants,
St Louis County Sheriffs Dept
St Louis County jail staff
unnamed and unknown jail staff
1 thru 6

SCANNED
SEP - 2 2026
U.S. DISTRICT COURT DULUTH

Plaintiff Cedric Scott Anderson brings fourth claims under U.S.C 1983

for claims of cruel and unusual punishment, excessive force.

1. On or about Aug 13, 2026 Plaintiff was in the St Louis County Jail complying with the booking process.

2, Plaintiff expressed to Booking staff he doesn't feel good and is dizzy.

3. Booking staff morged Plaintiff

not feeling good while Plaintiff had his foot up he pushed it back out of fustration, no jail staff was hit or injuried.

4. Plaintiff then has his head mashed into the counter by jail staff

5, And was handcuffed behind his back where handcuffs were so tight they dug into

Plaintiff wrist's.

6, Plaintiff was then brang into a cell where he was hand-cuffed to the wall with his hands behind his back for hours all while he screamed out in pain begging jail staff to, "please remove the cuff." jail staff mocked the plaintiff in his crying and crys for help.

7, Jail staff known or should of known that this type of handcuffing equals to cruel and unusal punishment, espically when Plaintiff is left cuffed like this screaming in pain, for hours only to be mocked by jail staff.

8, Jail staff knew or should have known that this type of cuffing was excessive in nature as Plaintiff would of complied given the chance but was not.

## Count I

## Cruel and unusual Punishment

St Louis County Jail staff used tatics in restrainy Plaintiff that are cruel and unusual punishment. Handcuffing Plaintiff to wall with handcuff's on super tight cuffed behind his back not to gain control but to punish plaintiff

## Count II Excessive Force

St Louis County Jail staff used excessive force when they appled handcuffs to Plaintiff so tight

he begged and screamed in pain pleading with jail staff to remove cuffs only to be mocked and teased

---

Plaintiff has wrote out settlement prior to this filing which went with no responce that all goes for request for Jail staff's names no responce back and request for booking and in cell camera footage all which went with no responce. I will amend complaint as soon as I get names to do so

This Complaint is true and correct as to Plaintiff's version of events under perjury the Plaintiff signs this complaint

[signature]

8/26/26